# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RONALD MOORE, | No. 1:12-CV-01064-LJO-BAM |
| Plaintiff, | |
| vs. | **ORDER CONTINUING SCHEDULING CONFERENCE** |
| WESTFIELD INVESTMENT & ASSOCIATES, LLC, et al., | |
| Defendants. | |

## ORDER

Having Reviewed Plaintiff's Status Report (Doc. 14), and for good cause shown, the Court CONTINUES the initial scheduling conference, currently set for January 7, 2013, to January 30, 2013, at 9:00 AM, in Courtroom 8, before Magistrate Judge Barbara A. McAuliffe.  If Plaintiff files a motion for default judgment or notice of settlement prior to that date, the hearing will be vacated.

IT IS SO ORDERED.

Dated: **December 28, 2012**          /s/ Barbara A. McAuliffe
UNITED STATES MAGISTRATE JUDGE

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

ORDER