K. Randolph Moore, SBN 106933
Tanya E. Moore, SBN 206683
MOORE LAW FIRM, P.C.
332 North Second Street
San Jose, California 95112
Telephone: (408) 298-2000
Facsimile: (408) 298-6046

Attorneys for Plaintiff
Ronald Moore

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RONALD MOORE,<br><br>        Plaintiff,<br><br>    vs.<br><br>WESTFIELD INVESTMENT &<br>ASSOCIATES, LLC, et al.,<br><br>        Defendants. | No.  1:12-CV-01064-LJO-BAM<br><br>**NOTICE OF VOLUNTARY DISMISSAL OF ACTION; ORDER** |

WHEREAS, no defendant has filed an answer or motion for summary judgment, and defaults have been entered as to all defendants;

WHEREAS, Plaintiff and defendants have settled the matter;

WHEREAS, no counterclaim has been filed;

Plaintiff hereby respectfully requests that this action be dismissed with prejudice pursuant to Federal Rules of Civil Procedure 41(a)(1)(A)(i).

Dated: February 26, 2013                    MOORE LAW FIRM, P.C.


                                            /s/ Tanya E. Moore
                                            Tanya E. Moore
                                            Attorneys for Plaintiff, Ronald Moore

NOTICE OF VOLUNTARY DISMISSAL OF ACTION; [PROPOSED] ORDER

Page 1

**ORDER**

Good cause appearing,

**IT IS HEREBY ORDERED** that this action be dismissed with prejudice in its entirety. The clerk is directed to close this action.

IT IS SO ORDERED.

Dated:  **February 26, 2013**          /s/ Lawrence J. O'Neill
                                              UNITED STATES DISTRICT JUDGE